IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STATE NATIONAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:04-cv-540-F |
| | ) | WO |
| AFFORDABLE HOMES OF TROY, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum Opinion entered on this date, it is hereby

ORDERED that:

      1.    Plaintiff's motion for summary judgment (Doc. # 20) is GRANTED.

      2.    The **June 20, 2005 trial** and **May 17, 2005 pretrial hearing** previously

scheduled in this action are CANCELED.

      3.    All pending motions are DENIED as moot.

It is further DECLARED that (a) the claims asserted in the Counterclaim filed by Bill

Flora in the case *Affordable Homes, LLC, v. Bill Flora, et al.,* civil action No. CV-2003-H-

229, pending in the Circuit Court of Pike County, Alabama, are not covered under the

commercial general liability policy, policy number RPB313409, issued by State National

Insurance Company to Diane Martin d/b/a Affordable Homes of Troy, LLC; (b) State

National Insurance Company is not obligated to indemnify Diane Martin, Affordable Homes

of Troy, LLC, nor Jerry Martin against the claims asserted in the Counterclaim filed by Bill

Flora in the *Affordable Homes* state court case; (c) State National Insurance Company is not liable, directly, or indirectly to Diane Martin, Affordable Homes of Troy, LLC, nor Jerry Martin in the state court matter on any of the claims asserted in the Counterclaim of Bill Flora in the *Affordable Homes* state court case; and (d) State National Insurance Company has no duty to defend Diane Martin, Affordable Homes of Troy, LLC, nor Jerry Martin against any of the claims asserted in the Counterclaim of Bill Flora submitted to this court from the *Affordable Homes* state court case.

A separate judgment will be entered in accordance with this Order.

DONE this 5th day of May, 2005.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE