IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | CASE NO. 2:04-cv-540-F WO |
| AFFORDABLE HOMES OF TROY, LLC, *et al.*, ) ) ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Judgment be and is hereby entered in favor of the plaintiff, State National Insurance Company, and against the defendants Affordable Homes of Troy, LLC, Jerry Martin, Diane Martin and Bill Flora.

2. Costs are taxed against the defendants Affordable Homes of Troy, LLC, Jerry Martin, Diane Martin and Bill Flora, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 5th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE